**Motion for Rehearing Granted, Memorandum Opinion filed February 28, 2012, Withdrawn, Appeal Reinstated, and Order filed April 26, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00911-CV

_____

**KENDREN LEEDY, Appellant**

**V.**

**BRAD LEEDY, Appellee**

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2010-35091**

## O R D E R

On February 28, 2012, this court issued an opinion dismissing this appeal. On March 13, 2012, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed February 28, 2012, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.** Appellee's motion to dismiss will be carried with the case.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and Christopher.